NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILSON CASTROVERDE,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3012

---

Petition for review of the Merit Systems Protection Board in case no. SF0831101038-I-1.

---

## ON MOTION

---

## ORDER

Wilson Castroverde moves for leave to file his brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Castroverde's informal brief is accepted for filing. OPM should calculate its brief due date from the date of filing of this order.

FOR THE COURT

_____JAN 0 9 2012_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Wilson Castroverde
     Lartease M. Tiffith, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 0 9 2012

JAN HORBALY
CLERK